FORM 8A. Entry of Appearance                                                                 Form 8A (p.1)
                                                                                              July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2026-1348

**Short Case Caption:** Kline v. Collins

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS

| **Principal Counsel:** Margaret Jantzen | Admission Date: N/A |
|---|---|
| Firm/Agency/Org.: United States Department of Justice, Commercial Litigation Branch ||
| Address: P.O. Box 480 Ben Franklin Station, Washington, DC 20044 ||
| Phone: 202-353-7994 | Email: Margaret.J.Jantzen@usdoj.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 1/21/26           Signature: /s/ Margaret Jantzen

                        Name: Margaret Jantzen