FORM 26. Docketing Statement  Form 26
December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1348

**Short Case Caption:** Kline v. Collins

**Filing Party:** Shannon M. Kline

| | |
|---|---|
| **Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing. | |
| Issues to be raised on appeal: | |
| Whether the Veterans Court adopted an incorrect legal standard for the "inherently transitory" exception by treating the source of mootness, specifically, the petitioner's filing of an additional advancement motion, as dispositive. | |
| Relief awarded below (if damages, specify):  ■ None/Not Applicable | |
| Briefly describe the judgment/order appealed from: | |
| Panel order dismissing a class-based petition for extraordinary relief as moot prior to class certification based on the Veterans Court's conclusion that the inherently transitory exception to mootness did not apply. | |

| Nature of Judgment (select one:) | Date of Judgment: 10/01/2025 |
|---|---|
| ■ Final Judgment, 28 USC § 1295<br>☐ Rule 54(b)<br>☐ Interlocutory Order (specify type) _____<br>☐ Other (explain) _____ | |

Date: 1/29/2026

Signature: /s/ Benjamin R. Binder

Digitally signed by /s/ Benjamin R. Binder
Date: 2026.01.29 16:55:45 -05'00'

Name: Benjamin R. Binder