No. 2026-1348

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### SHANNON M. KLINE,

*Claimant-Appellant*,

v.

### DOUGLAS A. COLLINS,
SECRETARY OF VETERANS AFFAIRS,

*Respondent-Appellee.*

Appeal from the Court of Appeals for Veterans Claims
No. 25-1002, C.J. Allen, J. Pietsch, and J. Toth

### UNOPPOSED MOTION TO EXTEND OPENING BRIEF OF CLAIMANT-APPELLANT SHANNON M. KLINE

| | |
|---|---|
| Benjamin R. Binder | Meaghan R. Fitzpatrick |
| ben@binderandwatson.com | mfitzpatrick@binderandwatson.com |
| (813) 647-5371 | (813) 647-5366 |
| | |
| BINDER AND WATSON LAW GROUP | BINDER AND WATSON LAW GROUP |
| P.O. Box 47386 | P.O. Box 47386 |
| Tampa, FL 33646 | Tampa, FL 33646 |
| (813) 426-8387 | (813) 426-8387 |
| | |
| *Counsel for Shannon M. Kline* | *Co-Counsel for Shannon M. Kline* |

# IN THE UNITED STATES
# COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| SHANNON M. KLINE,<br>　　　Appellant,<br>v.<br><br>DOUGLAS A. COLLINS,<br>　Secretary of Veterans Affairs,<br>　　　Appellee. | Docket No. 2026-1348 |

## Unopposed Motion to Extend

Ms. Kline moves under Federal Circuit Rule 26(b) for a 60-day extension of time to file her opening brief.

Ms. Kline's brief is currently due March 16, 2026. If granted, the revised due-date for her opening brief will be May 15, 2026. Ms. Kline has not previously requested any extensions in this appeal.

Ms. Kline has good cause to extend her opening brief. Due to current work load[1] and professional responsibilities, the undersigned will not be able to complete Ms. Kline's opening brief before its current due date. The

---

[1] The undersigned has had numerous deadlines before the this Court and the United States Court of Appeals for Veterans Claims (CAVC). *See ex. Graham v.* Collins, CAFC Docket 26-1295 (Opening brief due April 16, 2026); *Konstantopoulos v.* Collins, CAFC Docket 26-1295 (Opening brief due May 4, 2026), *Melton v. Collins*, CAVC Docket 24-5909 (upcoming Oral Argument); *Jones v. Collins*, CAVC Docket 25-6188 (Opening brief due March 9, 2026); *Hubbel v. Collins*, CAVC Docket 25-9605 (Reply brief due March 9, 2026).

1

additional time sought is due to multiple deadlines, including briefing, over the past month, as well as upcoming deadlines. As such, good cause exists for this 60-day extension to file Ms. Kline's brief.

Secretary's counsel was contacted, who stated that the Secretary consents to Ms. Kline's motion to extend the period to file her opening brief by 60 days.

March 6, 2026.                                  Submitted,

                                                            */s/ Benjamin R. Binder*
Ben@BinderandWatson.com
Binder and Watson Law Group
P.O. Box 47386
Tampa, FL 33647

*Counsel for Shannon M. Kline*

## Compliance Certificate

    1.  This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B). The motion contains 228 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii) and Federal Circuit Rule 32(b).

    2.  This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). The motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook style type.

# CERTIFICATE OF SERVICE

I certify that the "Unopposed Corrected Motion to Extend" in *Kline v. Collins*, CAFC Docket # 2026-1348, was served on counsel of record by electronic service, under the Court's CM/ECF system, on March 6, 2026.

Submitted,

*/s/ Benjamin R. Binder*
Ben@BinderandWatson.com
Binder and Watson Law Group
P.O. Box 47386
Tampa, FL 33647

*Counsel for Shannon M. Kline*

# DECLARATION OF BENJAMIN R. BINDER IN SUPPORT OF MOTION FOR EXTENSION OF TIME

Pursuant to Fed.Cir. R. 27 (a)(8), Appellant's counsel, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares as follows:

(1) That good causes exists for the requested extension;

(2) Due to Appellant's counsel's numerous briefing deadlines due this Court and the U.S. Court of Appeals for Veterans Claims, he is in need of additional time to adequately prepare her opening brief to the Court in this matter.

Respectfully submitted,

*/s/ Benjamin R. Binder*
Ben@BinderandWatson.com
Binder and Watson Law Group
P.O. Box 47386
Tampa, FL 33647

*Counsel for Shannon M. Kline*

5

**FORM 9. Certificate of Interest** Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CERTIFICATE OF INTEREST**

**Case Number** 26-1348
**Short Case Caption** Kline v. Collins
**Filing Party/Entity** Shannon M. Kline

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 3/6/2026       Signature: /s/ Benjamin R. Binder

Name: Benjamin R. Binder

FORM 9. Certificate of Interest                                                              Form 9 (p. 2)
                                                                                              March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Shannon M. Kline | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest  Form 9 (p. 3)
March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| Wesley A. McCauley | | |
|---|---|---|
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)  ☑ No  ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |