IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| SHANNON M. KLINE, | ) | |
| | ) | |
| Claimant-Appellant, | ) | No. 26-1348 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS A. COLLINS, | ) | |
| Secretary of Veterans Affairs, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

<u>RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Pursuant to Federal Circuit rule 26(b), respondent-appellee, the Douglas A. Collins, the Secretary of Veterans Affairs, respectfully requests an extension of time of 61 days, to and including, August 24, 2026, within which to file a formal response brief.  This is our first request for an extension of time for this purpose.  Our brief is currently due on June 24, 2026.  Counsel for claimant, Ms. Kline, indicated by electronic mail on June 17, 2026, that she does not oppose this motion.

Good cause and extraordinary circumstances support this request.  Since Mr. Kline's brief was filed on May 15, 2026, counsel of record has experienced significant unanticipated workload constraints in this Court as well as the Court International Trade and the Court of Federal Claims, that have required her immediate attention. In this Court, counsel filed a response brief in *Hoover v. Air Force,* No. 20-1011 on June 8, 2026.  And while an *en banc* petition is pending in this Court in *112 Genesee v. United States,* 25-1373 (Fed. Cir.), proceedings at the trial court have continued and

required counsel to answer the complaint on May 21 and respond to a notice to take a deposition under Rule 30(b)(6) that was served on June 8. *112 Genesee v. United States,* 23-1373 (Fed. Cl.).

Although we understand that the press of business in other courts is not necessarily cause for an extension of time in this Court, in the Court of Federal Claims, counsel also had to file an administrative record in *MVL, Inc. v. United States,* No. 26-561 on May 29; answer the complaint in *100 East Central Blvd, et al., v. United States,* No. 25-1472, on June 2; file a joint status report in *LabQ Clinical Diagnostics v. United States,* No. 25-1755, on June 3; and respond to a 21-page discovery motion in *Beberman v. United States,* No. 17-179, on June 5, 2026.

In the next 30 days, counsel continues to face significant workload constraints in all three courts which require more time to complete the response brief in this matter. On June 23, counsel will file a motion for judgment on the administrative record in the bid protest, *MVL, Inc. v. United States,* No. 26-561 (Fed. Cl.), followed by a joint preliminary status report on June 26 in *Kathuku v. United States,* No. 26-18 (Fed. Cl.), and a joint preliminary status report in *100 East Central Blvd.,* on June 30, 2026. On July 7, counsel will file a reply brief in the bid protest *MVL, Inc.* and conduct oral argument in this Court on July 8 in *Tenaris Bay City v. United States,* No. 25-1382 (Fed. Cir.). On July 16, 2026, counsel will be filing a Rule 56.2 motion in *Centric Pipe LLC,*

*v. United States,* No. 25-182 (Ct. Int'l Trade) – a consolidated action involving five parties.

Finally, throughout the months of June and July, counsel is engaged in discovery requiring extensive document production in *White v. United States,* No. 23-383 (Fed. Cl.), as well as oral and written discovery in *112 Genesee* (No. 23-1876) and *100 East Central Blvd* (No. 25-1472).

Accordingly, we respectfully request that the Court grant this motion for an extension of 61 days to and including August 24, 2026, in which to file our response brief.

<div style="margin-left: 45%;">

Respectfully submitted,

BRETT A SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

ERIC P. BRUSKIN
Assistant Director

/s/Margaret J. Jantzen
MARGARET J. JANTZEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington D.C.  20044
Tel.: (202) 353-7994
Margaret.j.jantzen@usdoj.gov

</div>

June 18, 2026                                    *Attorneys for Defendant-Appellant*

—5—

## <u>DECLARATION OF MARGARET J. JANTZEN</u>

In support of Respondent's Motion for an Extension of Time, I declare, pursuant to 28 U.S.C. § 1746, that the facts demonstrating good cause stated in the foregoing are true and correct to the best of my knowledge and belief.


<u>/s/Margaret J. Jantzen</u>
MARGARET J. JANTZEN

Executed: June 18, 2026