IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| SHANNON M. KLINE,<br><br>Claimant-Appellant,<br><br>v.<br><br>DOUGLAS A. COLLINS,<br>Secretary of Veterans Affairs,<br><br>Respondent-Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 26-1348 |

RESPONDENT-APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Federal Circuit rule 26(b), respondent-appellee, Douglas A. Collins, the Secretary of Veterans Affairs, respectfully requests an extension of time of 45 days, to and including, October 8, 2026, within which to file a formal response brief. This is our second request for an extension of time for this purpose. Our brief is currently due on August 24, 2026. Counsel for claimant, Ms. Kline, indicated by electronic mail on August 19, 2026, that she does not oppose this motion.

Good cause and extraordinary circumstances support this request. Since our last request for an extension, counsel of record has experienced an increase in her workload and significant constraints on her availability due to workload in this Court as well as the Court International Trade and the Court of Federal Claims.

In the last two months, counsel has been assigned three new matters in this Court and the Court of International Trade. *See Commercial Steel Prods. v. United States,*

No. 26-3016 (CIT); *STAR EV v. United States,* No. 26-3645 (CIT); *Am. Kitchen Cabinet Alliance v. United States,* No. 26-1977 (Fed. Cir.). Although we understand that the press of business in other courts is not necessarily cause for an extension of time in this Court, in *STAR EV,* the plaintiffs filed a complaint on August 14 and have indicated that they intend to file an application for a temporary restraining order and a motion for preliminary injunction. These matters have unexpectedly required counsel's immediate and significant attention over the last week.

During the month of July, counsel has faced the following substantive and significant deadlines:

- July 7, filed reply brief in the bid protest, *MVL, Inc. v. United States,* No. 26-561 (Fed. Cl.)(*MVL*)
- July 8, conducted oral argument in *Tenaris Bay City v. United States,* No. 25-1382 (Fed. Cir.)
- July 10, filed joint appendix in *MVL*
- July 13, conducted oral argument in *MVL*
- July 27, filed appellant's opening brief in *Superior Comm. Sols. v. United States,* No. 26-1376 (Fed. Cir.)
- July 29, filed supplemental brief in *MVL*

Counsel has also faced significant discovery obligations in *112 Genesee v. United States,* No. 23-1876 (Fed. Cl.), *White v. United States,* No. 23-383 (Fed. Cl.), and *100 E. Central Blvd., v. United States,* No. 25-1472 (Fed. Cl.). In the first two weeks of August, counsel has produced over 40,000 pages of documents in response to discovery requests, responded to a Rule 30(b)(6) notice of deposition containing 27

topics, and negotiated multiple contentious protective orders. On August 21, 2026, counsel will be filing a Rule 56.2 motion in *Centric Pipe LLC, v. United States,* No. 25-182 (Ct. Int'l Trade) – a consolidated action involving five parties to an evasion determination.

In the next 30 days, counsel continues to face significant workload constraints, as well as personal matters which require more time to complete the response brief in this case. Counsel is scheduled to be out of the office on preplanned leave during the week of August 31, 2026. Upon return, counsel expects to immediately respond to an impending preliminary injunction motion in *STAR EV v. United States,* No. 26-3645 (CIT). On September 14, counsel will be required to conduct oral argument in *Beberman v. United States,* No. 17-179 (Fed. Cl.) as well as file an administrative record along with an answer to a forthcoming amended complaint in *Shanghai Select, v. United States,* No. 26-2592 (CIT). On September 18, 2026, counsel is required to answer the complaint in *RTS Financial v. United States,* No. 26-505 (Fed. Cl). During the week of September 21, 2026, counsel is expected to defend three Rule 30(b)(6) depositions. And on September 25, counsel must file a Rule 56.2 motion in *Tubos de Acero de Mexico, SA v. United States,* No. 25-221 (CIT).

Accordingly, we respectfully request that the Court grant this motion for an extension of 45 days to and including October 8, 2026, in which to file our response brief.

Respectfully submitted,

BRETT A SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

ERIC P. BRUSKIN
Assistant Director

/s/Margaret J. Jantzen
MARGARET J. JANTZEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington D.C. 20044
Tel.: (202) 353-7994
Margaret.j.jantzen@usdoj.gov

August 21, 2026

*Attorneys for Defendant-Appellant*

**DECLARATION OF MARGARET J. JANTZEN**

In support of Respondent's Motion for an Extension of Time, I declare, pursuant to 28 U.S.C. § 1746, that the facts demonstrating good cause stated in the foregoing are true and correct to the best of my knowledge and belief.

/s/Margaret J. Jantzen
MARGARET J. JANTZEN

Executed: August 21, 2026