NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHANNON M. KLINE,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2026-1348

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 25-1002, Chief Judge Michael P. Allen, Judge Coral Wong Pietsch, Judge Joseph L. Toth.

---

**ON MOTION**

---

Before PROST, *Circuit Judge*.

**O R D E R**

Upon consideration of the Secretary of Veterans Affairs's unopposed motion for a 45-day extension of time, until October 8, 2026, to file his response brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions of time for the response brief will be granted.

FOR THE COURT

August 27, 2026
Date

Jarrett B. Perlow
Clerk of Court